IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:03CR228-C |
| | ) | [WO] |
| ROBERT T. SYX | ) | |

**ORDER ON MOTION**

Upon consideration of the defendant's Motion To Remit Fine, filed on 25 January 2006 (Doc. # 46), the court's review of the record in this case, and other good cause, it is

ORDERED that the motion is GRANTED.  The fine of $800.00, initially imposed upon the defendant, is hereby REMITTED.

DONE this 26$^h$ day of January, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE